HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| **JEROME RENSEL,**<br><br>       **Plaintiff,**<br><br>       **vs.**<br><br>**HOLLAND AMERICA LINE INC.;**<br>**HOLLAND AMERICA LINE – USA, INC.;**<br>**HAL NEDERLAND N.V.; HOLLAND**<br>**AMERICA LINE N.V.,**<br><br>       **Defendants.** | No. CV10-1427 MJP<br><br>JOINT STATUS REPORT |

By and through their undersigned counsel, the parties submit the following Joint Status Report and Discovery Plan.

1. Ther is a cruise ship passenger personal injury case.  It is not complex.

2. Local 39.1 mediation should be used.

JOINT STATUS REPORT - 1

Case No.  CV10-1427 MJP

**WEBB LAW FIRM**
225 106TH AVENUE N.E.
**BELLEVUE, WA. 98004**
TEL. 425-454-3800

3. Mediation will be appropriate after the close of discovery.

4. The proposed deadline for joining additional parties is February 1, 2011.

5. The parties propose the following discovery plan:

   A. The FRCP 26(f) conference took place the week of November 8, 2010. Plaintiff and Defendants have made their FRCP 26(a) Initial Disclosures.

   B. Discovery will be conducted with regard to liability and damages and should not be conducted in phases nor limited other than by the FRCP's and Local Civil Rules.

   C. No changes are needed with regard to the limitations on discovery imposed under the Federal and Local Civil Rules.

   D. Discovery will be conducted without limitations.

   E. Orders are not required under FRCP 26(c) of LR 16(b) or (c).

6. Discovery can be completed by February 2, 2012.

7. The parties do not consent to a full-time Magistrate Judge.

8. Bifurcation is not necessary.

9. With respect to pretrial statements and the pretrial order called for by Local Rules CR 16(e), (h), (i) and (l) and 16.1, the parties requests to submit a limited pretrial order listing only witnesses, exhibits and objections to exhibits.

10. The parties have no other suggestions for shortening or simplifying the case.

11. The case will be ready for trial by May 16, 2012.

12. The case is set for jury trial.

13. The case will be tried in three (3) days.

JOINT STATUS REPORT **- 2**

Case No.  CV10-1427 MJP

**WEBB LAW FIRM**
225 106TH AVENUE N.E.
**BELLEVUE, WA. 98004**
TEL. 425-454-3800

14. The names, addresses, and telephone numbers of all trial counsel are:

| **Plaintiff's Counsel** | **Defendant's Counsel** |
|---|---|
| Gordon C. Webb | Louis A. Shields |
| Webb Law Firm | Nielsen & Shields, PLLC |
| 225 106th avenue NE | 600 Stewart Street, Suite 1703 |
| Bellevue, WA 98004 | Seattle, WA 98101 |
| Telephone: (425) 454-3800 | Telephone: 206-728-1300 |
| Email: Gordon@webblawfirm.net | Email: las@nielsenshields.com |

MERRIAM LAW FIRM

s/John W. Merriam
_____
John W. Merriam, WSBA # 12749
MERRIAM LAW FIRM
4005 20TH Avenue West, Suite 210
Seattle, WA 98199
Direct Telephone: 206.729.5252
Direct Fax: 206.729.1012
E-mail: john@merriam-maritimelaw.com

15. All parties have been served.

16. The parties do not request a scheduling conference prior to the Court's entry of a scheduling order.

DATED this 8th day of November, 2010.     DATED this 8th day of November, 2010.

**Webb Law Firm**                          **Nielsen Shields, PLLC**

 s/Gordon Webb                              s/Louis Shields
_____            _____
Gordon C. Webb, WSBA #22777                Louis A. Shields, WSBA #25740
225 106th avenue NE                   600 Stewart Street, Suite 1703
Bellevue, WA 98004                         Seattle, WA 98101
Telephone: 425-454-3800                    Telephone: 206-728-1300
E-mail: Gordon@webblawfirm.net             Email: las@nielsenshields.com

JOINT STATUS REPORT - 3

Case No. CV10-1427 MJP

DATED this 8th  day of November, 2010.

**MERRIAM LAW FIRM**

s/John W. Merriam
_____
John W. Merriam, WSBA # 12749
MERRIAM LAW FIRM
4005 20th Avenue West, Suite 210
Seattle, WA 98199
Direct Telephone: 206.729.5252
Direct Fax:  206.729.1012
E-mail: john@merriam-maritimelaw.com

JOINT STATUS REPORT - **4**

Case No.  CV10-1427 MJP

**Webb Law Firm**
225 106th Avenue N.E.
**Bellevue, Wa. 98004**
Tel. 425-454-3800